NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN



*FIRM and AFFILIATE OFFICES*

**ANTHONY J. COSTANTINI**
OF COUNSEL
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
*E-MAIL:* AJCostantini@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

October 10, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

      Re:   *Mazzaccone v. Corporación Eléctrica Nacional S.A.*
             **Civil Case No. 1:24-cv-02681-JHR**

Your Honor:

      Pursuant to the Court's Minute Entry Order entered on June 6, 2025, Plaintiff Massimo Mazzaccone ("Plaintiff") and Defendant Corporación Eléctrica Nacional S.A. ("Defendant") (collectively, the "Parties") respectfully submit this joint letter updating the Court on the status of the above matter.

### I. Nature of the Case

      By way of brief background, Plaintiff commenced this proposed class action for alleged breach of contract arising from Defendant's failure to make contractually mandated payments of principal and interest on its $650,000,000 8.5% Senior Notes due 2018 (the "Notes") pursuant to an indenture agreement, dated April 10, 2008 (the "Indenture") (D.E. 1). The proposed Class is defined to include all holders of the Notes on April 9, 2024, who continued to hold thereafter (*id.*).

### II. Discovery Status

      The parties have conducted discovery in accordance with the deadlines established by the Civil Case Management Plan and Scheduling Order entered by the Court on June 6, 2025 (D.E. 24). The Parties exchanged their initial disclosures on June 20, 2025. On July 3, 2025, the Parties exchanged their First Sets of Interrogatories and Document Demands, to which responses were served by August 5, 2025. Plaintiff made an initial document production on September 5, 2025

DUANE MORRIS LLP

22 VANDERBILT
335 MADISON AVENUE, 23RD FLOOR
NEW YORK, NY  10017-4669

PHONE: +1 212 692 1000     FAX: +1 212 692 1020
DM1\20178375.1

DuaneMorris

Honorable Jennifer H. Rearden
October 10, 2025
Page 2

and, in response to a September 16, 2025 discovery letter, Plaintiff made a supplemental production on September 29, 2025.

Defendant served a Notice of Deposition on Plaintiff on August 12, 2025. Since then, the Parties have been coordinating and scheduling a mutually agreed-upon date to conduct the deposition.

On September 3, 2025, Plaintiff served Defendant with a First Set of Requests for Admission and a Second Set of Interrogatories, and Defendant served Plaintiff with a First Set of Requests for Admission. On September 10, 2025, Defendant served Plaintiff with a Second Set of Interrogatories. The parties have agreed to extend the responses to this discovery to align with the deadline proposed in their October 1, 2025 joint letter motion to the Court, which requests a modification to Section 9(b) of the Civil Case Management Plan and Scheduling Order to extend the October 3, 2025 deadline for fact discovery by thirty days (D.E. 25). As reported in that request, the Parties remain confident that all discovery, including Plaintiff's deposition, can be completed by November 3, 2025.

Following the completion of fact discovery, Plaintiff intends to file a motion for class certification. There are no other motions currently before the Court. Because the parties expect to engage experts in connection with class certification briefing, the parties anticipate that they will need a limited extension of the expert discovery deadline (currently November 17, 2025) in connection with class certification proceedings.

### III.     *Status of Settlement Efforts*

The Parties previously engaged in settlement discussions and anticipate revisiting those discussions following briefing on the motion for class certification. Although the Parties remain open to engaging in further settlement discussions upon certification of a class, the Parties respectfully submit that a formal settlement conference before a Magistrate Judge, participation in the District's Mediation Program, or retention of a private mediator would be premature at this time. The Parties will of course notify the Court should their position on settlement change prior to class certification.

The Parties thank the Court for its consideration of this matter.

Respectfully submitted,

DM1\20178375.1

DuaneMorris

Honorable Jennifer H. Rearden
October 10, 2025
Page 3

| | |
|---|---|
| */s/ Anthony J. Costantini* | /*s/ Camilo Cardozo* |
| Anthony J. Costantini | Camilo Cardozo |
| Arti Fotedar | Marisa Antonelli |
| Stephanie Lamerce | Dora Georgescu |
| Jillian M. Dreusike | Vinson & Elkins LLP |
| Duane Morris LLP | The Grace Building |
| 22 Vanderbilt | 1114 Avenue of the Americas |
| 335 Madison Avenue | 32nd Floor |
| New York, NY 10017 | New York, New York 10036 |
| Telephone: (212) 692-1000 | Telephone: (212) 237-0000 |
| ajcostantini@duanemorris.com | ccardozo@velaw.com |
| afotedar@duanemorris.com | mantonelli@velaw.com |
| slamerce@duanemorris.com | dgeorgescu@velaw.com |
| jdreusike@duanemorris.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

DM1\20178375.1