UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MASSIMO MAZZACCONE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>- against -<br><br>CORPORACION ELECTRICA NACIONAL,<br><br>Defendant. | : | 24-CV-2681 (JHR) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 7, 2026, defense counsel Vinson & Elkins LLP filed a motion to withdraw as counsel for the Defendant. (Dkt. 57.) Plaintiff does not object to withdrawal so long as conditions are imposed. (Dkt. 60.) Under the circumstances of this case, the Court finds that withdrawal with conditions is warranted. Accordingly,

1. The motion to withdraw is GRANTED.

2. By **September 21, 2026**, Defendant must appear through counsel. A corporate entity such as Defendant cannot proceed in federal court pro se but instead may only appear through counsel. If Defendant fails to appear through counsel by September 21, 2026, Defendant will be deemed in default and will be subject to entry of default judgment against it.

3. If Defendant does not appear by counsel by **September 21, 2026**, service on Defendant of any future papers, including for default judgment, shall be deemed effective if made upon Defendant's irrevocably appointed agent, CT Corporation.

The Clerk of Court is respectfully directed to (i) terminate the motion at Dkt. 57, and (ii) terminate all attorneys from Vinson & Elkins LLP as defense counsel of record.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 20, 2026
New York, New York

Copies transmitted this date to all counsel of record.